# EXHIBIT C

# CLAIM CHARTS

## Para-Mobility IBIS Product vs. Egan Patents

Accused Product: Para-Mobility IBIS® Wheelchair to Car Access (door-hinge bracket and associated lift components).

Patents-at Issue: US 9,863,577 (the "'577 patent") and US 10,125,920 (the "'920 patent"). Claimed element charted: Claim 3 of each patent (dependent on Claim 1). The patent owner's investigation is in its early stages and therefore reserves the right to assert other claims of these patents or other related  U.S. Patents, including the following:  9,217,535; 10,443,783; 10,837,598; and 11,293,588

Support in the specification for each element is established at column 4 of the '577 specification and FIG. 7 reproduced below:



Fig. 7

101 Hinge mounted hook support assembly (apparatus for supporting a lift mechanism)

6 - Vertical support (primary support member)

5 - Horizontal support (secondary support member)

3 - Hinge hook (hook portion)

8 - Pin support tabs (at least one support tab or third support member)

9 – Pin supports (at least one engagement means)

Image of Accused IBIS product



1

## US 9,863,577 – Claim 3 (dependent on Claim 1)

**Claim 1** An apparatus for supporting a lift mechanism from a plurality of hinges configured to open and close a vehicle door, the apparatus comprising:

a primary support member;

a secondary support member fixedly connected to a first portion of the primary support member, the secondary support member extending outwardly from a first side of the primary support member in a non-rotatable manner and having a hook portion configured to securely engage a first hinge of the plurality of hinges; and

at least one support tab securely connected to at least one second portion of the primary support member, each support tab extending outwardly from a second side, opposite the first side, of the primary support member and having at least one engagement means configured to engage with the lift mechanism.

**Claim 3**: 'The apparatus of claim 1, wherein the hook portion extends upwardly from the secondary support member such that the hook portion rests on back of the first hinge.

Element-by-element comparison to the IBIS product:

| Claim Limitation | IBIS Feature / Evidence | Notes |
|---|---|---|
| An apparatus for supporting a lift mechanism from a plurality of hinges configured to open and close a vehicle door | IBIS lift mechanism is supported by two vehicle door hinges | Non-limiting preamble; however, the IBIS lift satisfies the preamble. |
| Primary support member | IBIS bracket vertical member (adjustable upright) between door hinges; see User Guide (Exh. F) "Bracket Initial Fitting" showing the central upright between hinges. | Functions as the main body vertical support member analogous to the '577 primary support member. |

2

| | | |
|---|---|---|
| Secondary support member fixedly connected to a first portion of the primary support member, the secondary support member extending outwardly from a first side of the primary support member in a non-rotatable manner and having a hook portion configured to securely engage a first hinge of the plurality of hinges; and | Upper horizontal member with adjustable "top round head height adjustment bolt" and "top hook … fits behind car door top hinge" (IBIS Instructions). The horizontal member is shown as fixed relative to the upper steel portion of the upright member in a non-rotatable manner. | Non-rotatable link from central upright; designed to bear on/behind the upper vehicle door hinge. |
| at least one support tab securely connected to at least one second portion of the primary support member, each support tab extending outwardly from a second side, opposite the first side, of the primary support member and having at least one engagement means configured to engage with the lift mechanism | Two lugs/pins on bracket opposite the "top hook" receive IBIS frame ("The frame … is placed and secured over the two lugs in the bracket"). The lugs equate to the support tabs onto which is mounted a support pin for engaging the lift mechanism. | Means for engaging lift mechanism are the pins 9 on support tabs 8. Pins/lugs constitute engagement means; counterpart to pins 9 on support tabs 8 in the patents. |
| Claim 3 – wherein the hook portion extends upwardly from the secondary support member such that the hook portion rests on back of the first hinge | Instructions: "raise top hook so it fits behind car door top hinge and hook arm contacts the top hinge." | This describes an upwardly extending hook that bears on the backside of the upper hinge, matching Claim 3 orientation. |

3

## US 10,125,920 – Claim 3 (dependent on Claim 1)

**Claim 1**. An apparatus for supporting a lift mechanism from at least one hinge configured to open and close a vehicle door, the apparatus comprising:

a primary support member;

a secondary support member extending outwardly from a first side of the primary support member in a non-rotatable manner, the secondary support member having a hook portion configured to securely engage a first hinge of the at least one hinge; and

at least one third support member extending outwardly from a second side, opposite the first side, of the primary support member and having at least one engagement means configured to engage with the lift mechanism.

**Claim 3**: 'Wherein the hook portion extends upwardly from the secondary support member such that the hook portion rests on back of the first hinge.'

Element-by-element comparison to the IBIS product:

| Claim Limitation | IBIS Feature / Evidence | Notes |
| --- | --- | --- |
| An apparatus for supporting a lift mechanism from at least one hinge configured to open and close a vehicle door | IBIS lift mechanism is supported by at least one vehicle door hinge | Non-limiting preamble; however, the IBIS lift satisfies the preamble. |
| Primary support member | IBIS bracket vertical member (adjustable upright) between door hinges; see User Guide "Bracket Initial Fitting" showing the central upright between hinges. | Functions as the main body vertical support member analogous to the '577 primary support member. |

4

| | | |
|---|---|---|
| Secondary support member extending outwardly from a first side of the primary support member in a non-rotatable manner, the secondary support member having a hook portion configured to securely engage a first hinge of the at least one hinge; and | Upper horizontal member with adjustable "top round head height adjustment bolt" and "top hook … fits behind car door top hinge" (IBIS Instructions). The horizontal member is shown as fixed relative to the upper steel portion of the upright member in a non-rotatable manner. | Non-rotatable link from central upright; designed to bear on/behind the upper vehicle door hinge. |
| at least one third support member extending outwardly from a second side, opposite the first side, of the primary support member and having at least one engagement means configured to engage with the lift mechanism. | Two lugs/pins on bracket opposite the "top hook" receive IBIS frame ("The frame … is placed and secured over the two lugs in the bracket"). The lugs equate to the support tabs onto which is mounted a support pin for engaging the lift mechanism. | Means for engaging lift mechanism are the pins 9 on support tabs 8. Pins/lugs constitute engagement means; counterpart to pins 9 on support tabs 8 in the patents. |
| Claim 3 – Hook extends upwardly and rests on back of the first hinge | Instruction step explicitly states positioning of "top hook … behind car door top hinge." | This describes an upwardly extending hook that bears on the backside of the upper hinge, matching Claim 3 orientation. |

5